STATE OF NEW JERSEY v. JOSE LOPEZ.

January 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN TYLER.

January 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. LEROY BUNTING.

January 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. FOSTER DRUMMER.

January 13, 1986.

Petition for certification denied.